E-FILED Wednesday, 05 January, 2011 11:28:22 AM Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Patrick McLaughlin**

vs.

Case Number: **10-1348**

**Duane Price,** *Lt. Internal Affairs Officer, sued in his official/municipality capacity,* **.Collinson,** *Sgt. sued in his official/municipality capacity,* **Steve Wright,** *Assistant Warden at Hill Correctional Center, sued in his official/municipality capacity,* **Warden Gerardo Acevedo,** *sued in official/municipality capacity* **Roger E. Walker,** *Director,* **Michael Chapin,** *Lt. sued in his official/municipality capacity* **Cornealious Sanders, Sarah Johnson,** *Employee of I.D.O.C. Administrative Review Board sued in her official/municipality capacity,* **.Estavar,** *Dr.,* **Doctor. Schaffer,** *Dr.,* **.Mathis,** *Mrs., Health Care Administrator,* **.Mills,** *Employee of Hill CC and sued in his official/municipality capacity*

 **DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** pursuant to 735 ILCS 5/13-202 and *Lucien v. Jockisch*, 133 F. 3d 464, 466 (7th Cir. 1998), the plaintiff's claims against Lt. Duane Price, Sgt. Collinson, Steve Wright, Geraldo Acevedo, Mills are DISMISSED. As these are the only claims against these defendants, they are terminated as defendants in this lawsuit. Pursuant to Fed. R. Civ. Pro. Rule 12(b)(6), the plaintiff's claim against Sarah Johnson is DISSMISSED for failure to state a claim upon which relief may be granted. As this is the only claim against Ms. Johnson, she is terminated as a defendant in this lawsuit. Pursuant to 28 U.S.C. §1915A, 735 ILCS 5/13-202, *Lucien v. Jockisch*, 133 F. 3d 464, 466 (7th Cir. 1998) and Fed. R. Civ. Pro. Rule 12(b)(6), the clerk of the court is directed to terminate the plaintiff's entire lawsuit, WITH PREJUDICE.

        ENTER this 5th day of January, 2011

        PAMELA E. ROBINSON, CLERK

        s/F. Taghan
      BY: DEPUTY CLERK